# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ellen L. Delaine | 06-2194 EGS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| National Park Service, et al | Summons in a Civil Action |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

US Dept. of Interior - SERVE: Arthur E. Gary, Esq., Office of the Solicitor

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1849 C St., NW, Washington, DC 20290

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

**RECEIVED**

FEB 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Stamp: RECEIVED 2007 JAN 25 A 9:51 U.S. OFFICE DISTRICT OF COLUMBIA)

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 1/24/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
☒ Timothy S. Murphy, Assistant Solicitor

Address *(complete only if different than shown above)*
(Accepted in official capacity only)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | |
|---|---|---|
| 2-2-07 | 2:35 | pm |

Signature of U.S. Marshal or Deputy
(signature) # 3969

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | | | | |

REMARKS:
1st Endeavor 1/25/07 @ 1155 no one available to accept service

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ellen L. Delaine | 06-2194 EGS |
| DEFENDANT | TYPE OF PROCESS |
| National Park Service, et al | Summons in a Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
National Park Service

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1849 C Street, NW, Washington, DC 20209

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:
Fold                                                                                                                              Fold

RECEIVED JAN 24 9:51 US MARSHAL OFFICE OF COLUMBIA

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 1/24/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served (if not shown above)
Timothy E. Murphy, Assistant Solicitor

Address (complete only if different than shown above)
(In official capacity only)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 2-2-07   Time: 2:35 pm

Signature of U.S. Marshal or Deputy   # 3969

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)