**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Department of Interior
18th & C.St., NW
Washington, D.C. 20240

Civil Action, File Number __CA-06-2194 EGS__

__Ellen L. Delaine__
V.
__National Park Service, etal__

ed pursuant to the Federal Rules of Civil Procedure.

part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ose. Keep copy 3 for your records.

OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, her entity, you must indicate under your signature your relationship to that entity. If thorized to receive process, you must indicate under your signature your authority.

of this form to the sender within ___ days, you (or the party on whose behalf you urred in serving a summons and complaint in any other manner permitted by law.

his form, you (or the party on whose behalf you are being served) must answer the ere sent. If you fail to do so, judgment by default will be taken against you for the

ice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature *(USMS Official)*

RECEIPT OF SUMMONS AND COMPLAINT
a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
National Park Service
1849 C.St.NW
Washington,DC 20240

Civil Action, File Number __CA-06-2194 EGS__

__Ellen L. Delatine__
V.
__National Service, et al__

...rved pursuant to the Federal Rules of Civil Procedure.

...ent part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...rpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ... other entity, you must indicate under your signature your relationship to that entity. If ...authorized to receive process, you must indicate under your signature your authority.

...d 2 of this form to the sender within ___ days, you (or the party on whose behalf you ...incurred in serving a summons and complaint in any other manner permitted by law.

...f this form, you (or the party on whose behalf you are being served) must answer the ...were sent. If you fail to do so, judgment by default will be taken against you for the

...otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

**OF RECEIPT OF SUMMONS AND COMPLAINT**
...ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)