UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN DELAINE,<br>5608 14TH Street, N.W.<br>Washington, D.C. 20011 | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Civil Action No. 06-2194(EGH) |
| NATIONAL PARK SERVICE,<br>U.S. DEPT. OF THE INTERIOR, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the federal defendants in this action.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        United States Attorney
                        D.C. Bar #498610

                        _____
                        KAREN L. MELNIK D.C. BAR #436452
                        Assistant United States Attorney
                        U.S. Attorney's Office for the
                        District of Columbia
                        Civil Division
                        555 Fourth Street, N.W.
                        Washington, D.C. 20530
                        (202) 307-0338 (O)
                        (202) 514-8780 (Fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendants' Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Ms. Ellen DeLaine, 5608 14th Street, N.W. Washington, D.C. 20011, on March 22, 2007.

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)