UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN L. DELAINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NATIONAL PARK SERVICE *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-2194 (EGS) |

ORDER

Pending before the Court is defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice… should include an explanation that the failure to respond…may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that plaintiff shall respond to defendants' motion to dismiss by **April 25, 2007**. If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the case.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: March 22, 2007