UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN L. DELAINE,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE *et al.*,<br><br>    Defendants. | Civil Action No. 06-2194 (EGS)<br>Document No. 9 |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [Dkt. No. 9] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

                                            SIGNED: EMMET G. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

DATE: May 2, 2007